```
                     UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF INDIANA
                         INDIANAPOLIS DIVISION

KARIN ANYA COE,                    )
                                   )
          Plaintiff,               )
     vs.                           ) NO. 1:11-cv-00001-JMS-MJD
                                   )
PATRICK R. DONAHOE,                )
                                   )
          Defendant.               )
```

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court has reviewed and considered the Magistrate Judge's Report and Recommendation (Docket No. 46) regarding the Court's Hearing on Plaintiff's Third Order to Show Cause Hearing for her failure to appear. No objections to the Report and Recommendation have been filed, and the time for filing such objections has expired.

The Court, having given de novo consideration to the issue presented pursuant to Title 28 U.S.C. § 636(b)(1)(B) and (C), and being duly advised in the premises, finds that the Magistrate Judge's Report and Recommendation is well reasoned and supported by the facts, as well as the law. Accordingly, the Court adopts the Magistrate Judge's Report and Recommendation in full and incorporates it by reference herein.

Accordingly, Plaintiff Karin Coe's claims in this matter be DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: 02/15/2012

*Jane Magnus-Stinson*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution List:

Debra G. Richards
UNITED STATES ATTORNEY'S OFFICE
debra.richards@usdoj.gov

KARIN ANYA COE
406 Orange Street
Indianapolis, IN 46225